No. 650.—ZENON BROUSSARD *v.* ALEXIS O. GUIDRY AND LUCIEN J. DUPRE, Administrator, etc.

Where one judgment debtor *in solido* appeals from the judgment without making his co-debtor a party, the appeal will be dismissed for want of proper parties.

APPEAL from the District Court, parish of St. Landry. *Bailey*, J. John E. King, for plaintiff and appellee. *Moore & Morgan*, for defendants and appellants.

HOWE, J. The judgment in this case was rendered against Guidry, and Dupré, administrator, *in solido*, upon a promissory note made by Guidry and Cyprien Dupre, *in solido*.

The administrator alone has appealed, and has not made Guidry a party to the appeal. The court will *ex officio* notice the want of proper parties. Swearingen *v.* McDaniel, 12 Rob. 203; Robert *v.* Ride, 11 Ann. 409; Simmons *v.* His Creditors, 12 Ann. 755; Gibson *v.* Selby, 3 Ann. 318; Lobelle *v.* Lobelle, 5 Ann. 174; Cotton *v.* Sterling, 19 Ann. 137.

It is therefore ordered that the appeal herein be dismissed with costs. Rehearing refused.

---

No. 635.—JOSEPH POTIER *v.* ISAAC E. THIBODEAU et al.

The appeal will be dismissed where the failure to cite one of the appellees is imputable to the appellant.

APPEAL from Third District Court, parish of St. Martin. *Gates*, J. Felix & Albert Voorhies, for plaintiff and appellee. *DeBlanc & Perry*, for defendants and appellants.

WYLY, J. A motion is made to dismiss this appeal because all the parties to the judgment have not been made parties to the appeal.

It appears from the record that the codefendant Isaac E. Thibodeau, has not been cited or made party to the appeal. The appellant did not ask that he be cited. The order of appeal was granted on twenty-fourth October, 1866. It was the duty of appellant to cause his appeal to be compelled by citing or causing to be cited the parties to the judgment within twelve months from the rendition thereof. The fault is imputable to him.

It is ordered that this appeal be dismissed at appellants' costs.